UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    NO. 10-mj-30028

v.

                                    HON.

DAVID RICHARD DERDERIAN,

        Defendant.
_____/

## STIPULATION TO CONTINUE PRELIMINARY HEARING

The United States of America and defendant agree that there is good cause to continue the preliminary hearing in this case for a period of 60 days, and that the preliminary hearing will be continued from February 16, 2010 until April 16, 2010.  *See* Fed. R. Crim. P. 5.1(d).  The parties also stipulate and agree that this Stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release or the calculation of time under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A).

                                                                        Respectfully submitted,

                                                                        BARBARA L. McQUADE
Attorney for Defendant                              United States Attorney

s/James J. Sullivan (w/consent)              s/Justin C. Letts
James J. Sullivan                                          Justin C. Letts
23100 Jefferson Avenue                         Assistant United States Attorney
St. Clair Shores, MI 48080                      211 W. Fort Street, Suite 2001
(586) 772-0010                                               Detroit, MI 48226-3211
                                                                        Email: justin.letts@usdoj.gov
                                                                        Phone: (313) 226-9116

Date: February 16, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

                                       NO. 10-mj-30028

DAVID RICHARD DERDERIAN,           HON.

       Defendant.
_____/

## ORDER CONTINUING PRELIMINARY HEARING

This matter coming before the court on the stipulation of the parties, it is ordered pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure that the preliminary hearing in this case be continued from February 16, 2010 until April 16, 2010. This period of delay shall not affect any previous order of pretrial release with bond conditions or the calculation of time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

                                                       s/Donald A. Scheer
                                                       United States Magistrate Judge

Entered: February 19, 2010