UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
APR 15 2010
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

Plaintiff,

-vs-                                             CRIMINAL NO. 10-mj-30028

DAVID RICHARD DERDERIAN,

Defendant.
_____/

### ORDER GRANTING LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

This matter coming before the Court on the government's motion, with notice having been provided to the defense, for the reasons stated in the government's motion, the Court grants the government leave to dismiss the complaint against defendant DAVID RICHARD DERDERIAN. Accordingly, it is hereby ordered that the complaint against that defendant be dismissed without prejudice, and that defendant's appearance bond, if any, and the order setting conditions of pretrial release be canceled.

Hon. MARK A. RANDON
United States Magistrate Judge

Entered: 4-15-10